FILED

08 MAY 28 PM 2:50

*DEPUTY*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1719 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Attempted Entry After Deportation |
| JOEL BORBON-JUSAINO, | |
| Defendant. | |

The grand jury charges:

On or about April 29, 2008, within the Southern District of California, defendant JOEL BORBON-JUSAINO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that
//

CJB:fer:San Diego/Imperial
5/27/08

1  was a substantial step toward committing the offense, all in violation

2  of Title 8, United States Code, Sections 1326(a) and (b).

3      It is further alleged that defendant JOEL BORBON-JUSAINO was

4  removed from the United States subsequent to March 14, 2003.

5      DATED: May 28, 2008.

6                                            A TRUE BILL:

7

8                                            _____
                                             Foreperson
9

10 KAREN P. HEWITT
   United States Attorney

11

12 By: _____
       CARLA J. BRESSLER
13     Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28