UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR1719-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Joel Borbon-Jusaino | ) | Booking No. 59729198 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _August 28, 2008_
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( \_\_\_\_\_ bond) ( \_\_\_\_\_ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_\_ years.

_____ c.c. judgment Court of Appeals ( \_\_\_\_ affirming) ( \_\_\_\_ reversing) decision of this Court:
\_\_\_\_\_ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. _Defendant to be released to ICE custody to be transported to border to be met by Mexican Immigration officials and transported to Mexican Hospital by ambulance._

UNITED STATES MAGISTRATE JUDGE
OR

Received _[signature]_ DUSM

by _____
Deputy Clerk

Crim-9 (Rev 6-95)                                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY